STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2001

at __ o'clock and __ min. __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **CR01-00072 DAE** |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1326(a) and (b)(2); |
| IZUMI TOMA, also known as Izumi Toma Stratton, Izumi Toma Frias, Jeannie Izumi Frias, Jeannie Frias, Jeannie Stratton, and Jennifer Stratton, | 18 U.S.C. § 1001(a)(2)] |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about February 18, 2001, in the District of Hawaii, the Defendant, IZUMI TOMA, also known as, Izumi Toma Stratton, Izumi Toma Frias, Jeannie Izumi Frias, Jeannie Frias,

Jeannie Stratton, and Jennifer Stratton, an alien who had been previously excluded, deported, and removed from the United States subsequent to being convicted for the commission of one or more aggravated felonies, did knowingly and unlawfully attempt to enter the United States without first having obtained the consent of the Attorney General of the United States to reapply for admission into the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

COUNT 2

On or about February 18, 2001, in the District of Hawaii, the Defendant, IZUMI TOMA, also known as, Izumi Toma Stratton, Izumi Toma Frias, Jeannie Izumi Frias, Jeannie Frias, Jeannie Stratton, and Jennifer Stratton, in a matter within the jurisdiction of the United States Immigration and Naturalization Service, part of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that, Defendant stated to a United States Immigration Inspector that Defendant had not had problems with U.S. Immigration in the past, whereas, as Defendant then and there well knew and believed, she had had problems with U.S.

Immigration in the past in that she had been ordered deported and excluded from the United States.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: March 1, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney

3